IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORYELL S. HENZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.   11-980-SCW |
| **CHARLES HECK, SEAN FURLOW, RONALD WILLIAMS, C/O SLOAN, C/O WERTZ, CECIL RUNYON, UNKNOWN JOHN DOE 1 and 2, KENNETH PORTER, C/O HAMMOND, C/O FISHER, RANDY DAVIS, MICHAEL P. RANDLE, and S.A. GODINEZ,** | ) |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendants UNKNOWN PARTY JOHN DOE 1 and 2, MICHAEL P. RANDLE and S A GODINEZ, were dismissed without prejudice on 8/29/12 by an Order entered by Judge Michael J. Reagan (Doc. 12).

Defendants CHARLES HECK, C/O SLOAN, C/O WERTZ, LT. SLOAN, C/O HAMMOND, C/O FISHER, RANDY DAVIS, were granted summary judgment on 10/8/14 by an Order entered by Chief Judge Michael J. Reagan (94).

Defendant CECIL RUNYON was granted judgment as a matter of law on 6/9/15 by oral Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 137).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant KENNETH PORTER and against Plaintiff CORYELL S. HENZ; in favor of Plaintiff CORYELL S. HENZ and against Defendant SEAN FURLOW IN THE AMOUNT OF two hundred and fifty-one dollars ($ 251.00) and Defendant RONALD WILLIAMS IN THE AMOUNT OF one dollar ($1.00).

THEREFORE, judgment is entered in favor of Defendants **CHARLES HECK, C/O**

**SLOAN, C/O WERTZ, CECIL RUNYON, LT. SLOAN, C/O HAMMOND, C/O FISHER, and RANDY DAVIS** and against Plaintiff **CORYELL S. HENZ**. Judgment is entered in favor of Plaintiff **CECIL S. HENZ** and against Defendant **SEAN FURLOW IN THE AMOUNT OF** two hundred and fifty-one dollars ($ 251.00) and Defendant **RONALD WILLIAMS IN THE AMOUNT OF** one dollar ($1.00).

**DATED** this 10th day of June, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

BY: s/ Angela Vehlewald
**Deputy Clerk**

Approved by     s/ Stephen C. Williams
**United States Magistrate Judge
Stephen C. Williams**